UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIZ SHOLIAY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al.,<br><br>　　　　　Defendants. | No. 2:13-cv-0958 WBS DAD<br><br><br>ORDER |

　　　　　This civil action was removed to this court on May 14, 2013. (Doc. No. 1.) Judgment was entered by the assigned District Judge on October 9, 2013. (Doc. No. 23.) On November 8, 2013 plaintiff's counsel filed a notice of appeal and a motion to proceed in forma pauperis. (Doc. No. 25.) On November 14, 2013, the assigned District Judge referred plaintiff's motion to proceed in forma pauperis to the undersigned. (Doc. No. 27.)

　　　　　Plaintiff's in forma pauperis application makes the showing required by 28 U.S.C. § 1915(a)(1). Accordingly, IT IS HEREBY ORDERED that plaintiff's November 8, 2013 motion to proceed in forma paueris (Doc. No. 25) is granted.

Dated: November 15, 2013

Dad:6

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.civil\sholiay0958.ifp.ord.docx

2